

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-17-00328-CV

**IN THE INTEREST OF J.J.T.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01554
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due July 5, 2017. On July 7, 2017, we granted appellant an extension of time to July 25, 2017. However, we stated that no further extensions would be granted. Nevertheless, appellant has filed a second motion for extension of time requesting an additional ten days. Appellant's motion for extension of time is GRANTED. We ORDER appellant's attorney, Joseph Bohac, to file appellant's brief on or before August 4, 2017. NO FURTHER EXTENSIONS WILL BE GRANTED. If appellant's attorney fails to file the brief by the day ordered, an order may issue directing him to appear on a day certain and show cause why he should not be held in contempt for failing to timely file the appellant's brief.

_Karen Angelini_
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk